UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No. 8:23-cr-293-TPB-NHA

SHANE VALMONT,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the report and recommendation of Natalie Hirt Adams, United States Magistrate Judge, entered on March 28, 2025. (Doc. 74). Judge Adams recommends that the Court grant Defendant Shane Valmont's motion to withdraw plea of guilty (Doc. 66). The Government filed an objection (Doc. 75), Defendant responded (Doc. 76), and the Government filed a supplement (Doc. 78). Upon review of the report and recommendation, objection, response, supplement, court file, and record, the Court finds as follows:

Under the Federal Magistrates Act, Congress vests Article III judges with the power to "designate a magistrate judge to hear and determine any pretrial matter pending before the court," subject to various exceptions. 28 U.S.C. § 636(b)(1)(A). The Act further vests magistrate judges with authority to submit proposed findings of fact and recommendations for disposition by an Article III judge. 28 U.S.C. § 636(b)(1)(B). After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and

recommendation. 28 U.S.C. § 636(b)(1); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982).

After careful consideration of the record, including Judge Adams's report and recommendation and government's objections, the Court adopts the report and recommendation. The Court agrees with Judge Adams's well-reasoned findings and conclusions.

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

(1) Judge Adams's report and recommendation (Doc. 74) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) Defendant's "Motion to Withdraw Plea" (Doc. 66) is **GRANTED**.

(3) A status conference is set for **JUNE 16, 2025, at 9:30 a.m.** to determine trial schedule.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 29th day of May, 2025.

_____
TOM BARBER
UNITED STATES DISTRICT JUDGE